UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY N. FAULK,                                          No. C-13-5410 EMC (pr)

        Petitioner,

    v.                                                                **ORDER TO SHOW CAUSE**

DAVID LONG, Warden,

        Respondent.
_____/

## I.   INTRODUCTION

Petitioner, an inmate at the Ironwood State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is now before the Court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

## II.   BACKGROUND

The petition and attachments provide the following information: Petitioner was convicted in Santa Clara County Superior Court of carjacking, unlawful taking of a car, and commercial burglary. On August 26, 2011, he was sentenced to 23 years and eight months in prison. He unsuccessfully appealed his conviction. Petitioner then filed this action.

///

///

///

///

### III. DISCUSSION

A. Review of Petition

This Court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

The petition alleges that Petitioner was deprived of his rights to due process and effective assistance of counsel when the California Court of Appeal denied him funding to employ a licensed investigator to interview a juror who reported that extraneous information had been considered during deliberations. Liberally construed, the claims are cognizable in a federal habeas action.

### IV. CONCLUSION

For the foregoing reasons,

1. The petition warrants a response.

2. The Clerk shall serve by mail a copy of this order, the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on Petitioner.

3. Respondent must file and serve upon Petitioner, on or before **February 7, 2014**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

4. If Petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on Respondent on or before **March 7, 2014**.

5. Petitioner is responsible for prosecuting this case. Petitioner must promptly keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion.

6. Petitioner is cautioned that he must include the case name and case number for this case on the first page of any document he submits to the Court for consideration in this case.

7. Petitioner's *in forma pauperis* application is **DENIED** because he has sufficient funds to pay the $5.00 filing fee. (Docket # 2.) Petitioner must pay the $5.00 filing fee no later than **January 31, 2014**, or the action may be dismissed.

IT IS SO ORDERED.

Dated: December 11, 2013

_____
EDWARD M. CHEN
United States District Judge

3